106 F.3d 406
 81 A.F.T.R.2d 98-807, 97-2 USTC P 50,512
 NOTICE: Ninth Circuit Rule 36-3 provides that dispositions other than opinions or orders designated for publication are not precedential and should not be cited except when relevant under the doctrines of law of the case, res judicata, or collateral estoppel.
CAPITAL CORPORATION, a Delaware corporation; Fred H.
Behrens, individually and as General Partner for certain
listed Limited Partnerships; Robert A. Wright, individually
and as General Partner for certain limited Limited
Partnerships, Plaintiffs-Appellants,
v.
Wilbur GOOLKASIAN; Phillip Larson; James Laurence; Miles
D. Friedman; Joe Mudd; Harry M. Asch; William K. Shipley;
George Martin; Vincent Capobianco; Bobby Jack Tadlock;
Tom Phillips; Allen Silverman; Lynda Winter; Michael
Rickus; Douglas Watson; Pete Tagni; Wayne McEwan; Gayle
Morin; Jesse Cota; Robert Nied; Naomi Coy; United States
of America, Defendants-Appellees.
 No. 95-56079.
 United States Court of Appeals, Ninth Circuit.
 Argued and Submitted Dec. 11, 1996.
Decided Jan. 15, 1997.
 
 1
 Before: HALL, KOZINSKI and HAWKINS Circuit Judges.
 
 ORDER
 
 2
 The judgment of the district court is AFFIRMED substantially for the reasons stated in that court's orders.